USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 0 2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JERMAINE DELESTON

Plaintiff,

-against-

980 REST. INC., d/b/a PARIS BLUES, et al.,

Defendants.

ORDER

18 Civ. 10226 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
March 19, 2019

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge