UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
JERMAINE DELESTON,

        Plaintiff,                                 CASE NO.: 1:18-cv-10226-GBD-KNF

        v.                                       **STIPULATION OF DISMISSAL**
                                                              **WITH PREJUDICE**

980 REST. INC., d/b/a PARIS BLUES, and 2021
SEVENTH PROPERTIES CORP.,

        Defendants.
-------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jermaine Deleston ("Plaintiff") and Defendants 980 REST. INC., d/b/a PARIS BLUES, and 2021 SEVENTH PROPERTIES CORP., through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.


Dated:   New York, New York
                May 3, 2019

| **BASHIAN & PAPANTONIOU, P.C** | **HEERDE BLUM LLP** |
|---|---|
| By: _____ | By: _____ |
| Erik M. Bashian, Esq. | Matthew C. Heerde, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 500 Old Country Road, Suite 302 | 222 Broadway, 19th Floor |
| Garden City, NY 11530 | New York, New York 10019 |
| (516) 279-1555 | (212) 920-5858 |
| Email: eb@bashpaplaw.com | Email: mheerde@heerdeblum.com |


   **SO ORDERED:**

_____
Hon.